[Nos. 63532-8-I; 63533-6-I.   Division One.   June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALI JEILANI SALIM, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-1-11708-8, Mary Yu, J., entered May 4, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Spearman, JJ.

[No. 63598-1-I.   Division One.   June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ANTONIO STRIDIRON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00963-1, Michael J. Fox, J., entered June 1, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

[No. 63642-1-I.   Division One.   June 21, 2010.]

FIA CARD SERVICES, NA, *Respondent*, v. VALENTINA KISELEV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-15667-1, Patricia H. Clark, J., entered May 12, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

[No. 63738-0-I.   Division One.   June 21, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY STEPHEN PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-12110-7, Christopher A. Washington, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Dwyer, C.J., and Appelwick, J.